Exhibit "A"

LAW OFFICES OF
# LANE M. FERDINAND
*505 MORRIS AVENUE*
SUITE 302 SPRINGFIELD,
NEW JERSEY 07081
Phone (973) 467-1060
Facsimile: (973) 467-3876

**LANE M, FERDINAND\***
*Certified Civil Trial Attorney*
\*Member of NJ & NY Bar
Attorney ID#: 001311973

Website: www.lmfdefense.com

E-Mail: Info@lmfdefense.com

July 21, 2022

File No.: 99-3817-LMF

Werner Enterprises Inc.
14507 Frontier Road
Omaha, NE 68138

*Walter, Jarret*
*7020667242*
*8-11-20*
*PD*
*Attn    MP*

Re: MCCRAY, IYIESHA -
Docket No.: ESX-L-4253-22

Dear Sir/Madam:

As provided by the New Jersey Courts under R. 4:4-4, I hereby serve you with Summons and Complaint in the above matter in which you are named defendant in an action presently pending in the Essex County Civil Division, 465 Dr. Martin Luther King Jr. Blvd., Newark, NJ 07102.

Under the rules of the Court, you have thirty-five (35) days to file an Answer. If you fail to answer within that time, judgment by default may be entered against you. If you are covered by a policy of liability insurance for this claim, you should immediately turn this Summons and Complaint over to your insurance carrier to retain counsel in New Jersey.

Therefore, it would be in your best interests to forward the Summons and Complaint which I have served upon you to the appropriate insurance company.

I trust you will give this matter your prompt attention.

Very truly yours,

Joe DeGregorio, Legal Assistant for

Lane Ferdinand

C.M.R.R.R. #: 7011 1150 0001 3129 2318
and regular mail

Note: The enclosures are being forwarded to you by Certified Mail as well as by Regular Mail in accordance with Supreme and Superior Court Rule 1:5-4, which states, If the addressee fails or refuses to claim or to accept delivery of certified or registered mail, the ordinary mailing shall be deemed to constitute service.

JUL 26 2022  SLW

Lane M Ferdinand Esq.
505 Morris Ave.
Springfield, NJ 07081
Telephone No.: 973-467-1060
Attorneys for Plaintiffs
Attorney ID #: 001311973 File No.: 99-3817-LMF

| | | |
|---|---|---|
| Iyiesha McCray | ) | SUPERIOR COURT OF NEW JERSEY |
| | ) | LAW DIVISION: Essex County |
| | ) | DOCKET NO: ESX-L-4253-22 |
| Plaintiff | ) | Civil Action |
| Vs. | ) | |
| Werner Enterprises Inc., Walter Jarret Jacob, John | ) | SUMMONS |
| Does 1-10 (names unknown and therefore fictitious), | ) | |
| ABC Corp. 1-10 (names unknown and therefore | ) | |
| suspicious) | ) | |
| | ) | |
| Defendant | ) | |

The State of New Jersey, to the Above Named Defendant(s): **Werner Enterprises Inc. & Walter Jarret Jacob**

    The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

    If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

Dated: July 21, 2022

/s/ Michelle M. Smith
Michelle M. Smith
Clerk of the Superior Court

Name of Defendant to be served:     **Werner Enterprises Inc. & Walter Jarret Jacob**
Address of Defendant to be served:     **14507 Frontier Road**
                                   **Omaha, NE 68138**

**\*$135.00 FOR CHANCERY DIVISION CASES OR $135.00 FOR LAW DIVISION CASES.**

Lane M Ferdinand
505 Morris Ave
Springfield, NJ 07081
Telephone No.: 973-467-1060
Attorneys for Plaintiffs
Attorney ID #: 001311973
File No.: 99-3817-LMF

| | | |
|---|---|---|
| Iyiesha McCray | ) | SUPERIOR COURT OF NEW JERSEY |
| | ) | LAW DIVISION: Essex County |
| | ) | DOCKET NO: ESX-L-4253-22 |
| Plaintiff(s) | ) | |
| | ) | Civil Action |
| Vs. | ) | |
| Werner Entreprises Inc., Walter Jarret | ) | COMPLAINT AND JURY DEMAND |
| Jacob, John Does 1-10 (names unknown | ) | |
| and therefore fictitious), ABC Corp. 1-10 | ) | |
| (names unknown and therefore | ) | |
| suspicious) | ) | |
| Defendant(s) | ) | |

The plaintiff, **Iyiesha McCray,** residing at 883 South 14th Street, in the City of Newark, County of Essex and State of New Jersey by way of complaint against the defendants says:

## FIRST COUNT

1.      On or about August 11, 2020, plaintiff, **Iyiesha McCray,** was the driver of a motor

vehicle owned by herself  which was travelling southbound in the right lane on Fabyan

Place near the intersection of Chancellor Avenue  in the City of Newark, County of

Essex and the State of New Jersey.

2.      At the time and place aforesaid,  defendant  **Walter Jarret Jacob,** was operating a

motor vehicle which was also travelling southbound on Fabyan Place in the left lane

approaching the intersection of Chancellor Avenue in the City of Newark, County of

Essex and State of New Jersey owned by, defendant **Werner Enterprises, Inc.**

3.  At the  time  and  place  aforesaid,  defendant  **Walter  Jaret  Jacob,**  so  carelessly,

recklessly, and negligently operated the motor vehicle owned by defendant **Werner Enterprises,**

**Inc.,** while defendant, **Walter Jarret Jacob** was inattentive in attempting to make a right turn onto

Chancellor Avenue from the left lane striking the plaintiff, **Iyiesha McCray.**

4.      As a proximate  result of the negligent  acts of the defendants **Walter Jarret Jacob**

and **Werner Enterprises Inc,** plaintiff **Iyiesha McCray,** was caused to  sustain  serious  and

permanent  bodily injuries, has suffered and will suffer great pain, shock and mental anguish, was

and still is incapacitated and will permanently  be disabled,  has been and  in the future will be

obliged to expend and incur large sums of money for medical services, care, medication and

treatment, and was and is unable to attend to her usual duties.


WHEREFORE,  plaintiff  **Iyiesha McCray**  demands  judgment

against  defendants **Walter Jarret Jacob** and **Werner Enterprises Inc.** for damages plus

interest and costs of suit.


## SECOND COUNT


1.      Plaintiff, **Iyiesha McCray,** repeats and re-alleges all the allegations of the First

Count of the Complaint as set forth herein at length.

2.      The fictitiously named defendant **JOHN DOES** (1-10), fictitious names, are impleaded herein to represent any other entities not actually named in this Complaint who are also responsible for the causation of the injuries sustained herein.

WHEREFORE, plaintiff, **IYIESHA McCRAY**, demands judgment against all the defendants for damages plus interest and cost of suit.

### THIRD COUNT

1.      Plaintiff, **Iyiesha McCray,** repeats and re-alleges all the allegations of the First and Second Counts of the Complaint.

2.      The fictitiously named defendant **ABC CORP** (1-10), fictitious names, are impleaded herein to represent any other entity not actually named in this Complaint who is also responsible for the causation of the injuries sustained herein.

WHEREFORE, plaintiff, **Iyiesha McCray,** demands judgment against all the defendants for damages plus interest and cost of suit.

### JURY DEMAND

Plaintiff demands trial by jury of six on all issues herein.

Lane M Ferdinand Esq.
Attorneys for Plaintiff

Lane Ferdinand

## CERTIFICATION

We hereby certify that the foregoing pleading has been filed within the time period set by the

applicable Court Rules and extensions thereof. Pursuant to R. 4:5-1 we hereby certify that we have no

knowledge of any other pending actions or proceedings concerning the subject matter of this action.  It

is not anticipated at this time that there is any other party who should be joined in this action.

Lane M Ferdinand Esq.
Attorneys for Plaintiff

Lane Ferdinand

## DEMAND FOR INTERROGATORIES

PLEASE TAKE NOTICE that pursuant to R. 4:17-1, demand is made of the defendant(s) to provide

certified answers to Uniform Court Interrogatories Form C within the time prescribed by the Rules of the

Court.

PLEASE TAKE NOTCE that pursuant to R. 4:17-1, demand is made of the Co-Defendant(s) to

provide certified answers to Uniform Court Interrogatories Form C within the time prescribed by the Rules of

the Court.

Lane M Ferdinand Esq.
Attorneys for Plaintiff

_____

Lane Ferdinand


## <u>DESIGNATION OF TRIAL COUNSEL</u>

PLEASE TAKE NOTICE that pursuant to R. 4:25-3, please designate Lane M. Ferdinand, Esq. on

behalf of the Law Offices of Lane M. Ferdinand as Trial Counsel in the above captioned litigation.


Lane M Ferdinand Esq.
Attorneys for Plaintiff

_____

Lane Ferdinand

# Civil Case Information Statement

**Case Details: ESSEX | Civil Part Docket# L-004253-22**

**Case Caption:** MCCRAY IYIESHA  VS WERNER
ENTERPRISES I NC.

**Case Initiation Date:** 07/21/2022

**Attorney Name:** LANE M FERDINAND

**Firm Name:** LANE M. FERDINAND, PC

**Address:** 505 MORRIS AVE SUITE 302
SPRINGFIELD NJ 07081

**Phone:** 9734671060

**Name of Party:** PLAINTIFF : McCray, Iyiesha

**Name of Defendant's Primary Insurance Company
(if known):** None

**Case Type:** PERSONAL INJURY

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?** NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same
transaction or occurrence)?** NO

**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by: Iyiesha McCray?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
#### CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual
management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
 **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
 **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the
court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

07/21/2022
Dated

/s/ LANE M FERDINAND
Signed

US POSTAGE
$008.06⁹
First-Class - IM
ZIP 07081
07/21/2022
0368 0011821126

11 2 2022 SLW

7011 1150 0001 3129 2318

Law Offices of
**Lane M. Ferdinand**
505 Morris Avenue, Suite 302
Springfield, NJ 07081

Jerome Enterprises Inc
14567 Frontier Rd.
Omaha, NE - 68138.

Exhibit "B"

**New Jersey Police Crash Investigation Report**    ☐ Reportable  ☐ Non-Reportable  ☐ Change Report

Page 1 Of 2  ☐ Fatal

| 1 Case Number | | | 10 Crash Occurred On | FABIAN PL | | | 11 Speed Limit | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C20032497 | | | | | | S | 25 | | | | |

2 Police Dept. of **NEWARK POLICE DEPARTMENT**  Code --
☐ At Intersection with   Road Name **CHANCELLOR AVE BRIDGE**
12 Route No  Suffix  13 Milepost
☐ Feet  N S E ✓W  or
18 Speed Limit **25**
☐ Miles  t/9  17 Cross Road Name/Route No
3 Station/Precinct **5TH PRECINCT**  14  15  t/9  To  From  -- NB EB SB WB

4 Date of Crash mm dd yy **08 11 20**  5 Day of Week **Tue**  6 Time (use 2400 hrs) **13:49**  7 Municipality Code **0714**  8 Total Killed **0**  9 Total Insured **1**  20 Route Name/ Route No  22 Longitude --

21 Latitude --

23 Veh # **1**  24 Policy No **4628-01-46-66**  25 NJ Ins Code **100**  ☐ Parked ☐ Ped ☐ Pedalcyclist ☐ Resp to Emergency ☐ Hit & Run  53 Veh # **2**  54 Policy No **XSAR25309583**  55 NJ Ins Code --  ☐ Parked ☐ Ped ☐ Pedalcyclist ☐ Resp to Emergency ☐ Hit & Run

26 Driver's First Name **IYIESHA N MCCRAY**  Initial  Last Name  29 Sex **F**  56 Driver's First Name **WALTER JARRET JACOB**  Initial  Last Name  59 Sex **M**

27 Number & Street **883 S 14TH ST**  57 Number & Street **325 E BROAD ST**

28 City **NEWARK**  State **NJ**  Zip **07108**  58 City **NANTICOKE**  State **PA**  Zip **18634**

30 Eyes **01**  DL Class **D**  Restrictions **NONE**  Endorsements --  31 State **NJ**  60 Eyes **06**  DL Class **A**  Restrictions **1**  Endorsements **0**  61 State **PA**

32 Drivers License No **M11813797557772**  33 DOB mm dd yy **07 | 08 | 77**  34 Expires mm yy **07 | 24**  62 Drivers License No **26960045**  63 DOB mm dd yy **10 | 16 | 84**  64 Expires mm yy **10 | 20**

36 Owner's First Name  ✓Same As Driver  **IYIESHA N MCCRAY**  Initial  Last Name  65 Owner's First Name  ☐Same As Driver  **WERNER ENTERPRISES INC**  Initial  Last Name

36 Number & Street **883 S 14TH ST**  66 Number & Street **14507 FRONTIER RD OMAHA ME 68138**

37 City **NEWARK**  State **NJ**  Zip **07108**  67 City --  State  Zip --

38 Make **JEEP**  39 Model **LIBERTY**  40 Color **BLACK**  41 Year **2010**  42 Plate No **V363448**  43 State **NJ**  68 Make **KW**  69 Model **TR**  70 Color **WHITE**  71 Year **2018**  72 Plate No **W25948**  73 State **NE**

44 VIN **1J4PN2GKXAW101428**  45 Expires **07 | 20**  74 VIN **1XKYD49X3JJ206153**  75 Expires **12 | 20**

46 Vehicle Removed To --  76 Vehicle Removed To --

✓Driven ☐Left at Scene  ☐Towed Disabled ☐Towed Impounded  ☐Towed Disabled & Impounded  ✓Driven ☐Left at Scene  ☐Towed Disabled ☐Towed Impounded  ☐Towed Disabled & Impounded

47 Authority  ✓Owner ☐Driver ☐Police  77 Authority  ☐Owner ✓Driver ☐Police

48 Alcohol/Drug Test  Given ✓No ☐Yes ☐Refused  Type ☐Breath ☐Blood ☐Urine  Results **0.**  %  ☐Pending  49 Hazardous Material  ✓None ☐On Board ☐Spill  Hazard Class --  Placard No  78 Alcohol/Drug Test  Given ✓No ☐Yes ☐Refused  Type ☐Breath ☐Blood ☐Urine  Results **0.**  %  ☐Pending  79 Hazardous Material  ✓None ☐On Board ☐Spill  Hazard Class --  Placard No

50 Carrier No  ☐USDOT -- ✓None  ☐MC/MX --  51 Commercial Vehicle Weight  ☐< 10,000 lbs  ☐10,001 - 26,000 lbs  ☐> 26,001 lbs  80 Carrier No  ✓USDOT **53467** ☐None  ☐MC/MX --  81 Commercial Vehicle Weight  ☐< 10,000 lbs  ☐10,001 - 26,000 lbs  ✓> 26,001 lbs

52 Carrier name --  82 Carrier name --

Number & Street --  Number & Street --

City --  State  Zip --  City --  State  Zip --

135 Damage To Other Property  ☐Yes (if yes, describe)  ✓No  --

| Oper | 136 Charge | | 137 Summons No | Oper | 138 Charge | | 139 Summons No |
|---|---|---|---|---|---|---|---|
| -- | -- | -- | -- | -- | -- | -- | -- |
| Oper | 140 Charge | | 141 Summons No | Oper | 142 Charge | | 143 Summons No |
| -- | -- | -- | -- | -- | -- | -- | -- |

| | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | Names & Address of Occupants - If Deceased, Date & Time of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 01 | 01 | 03 | 1M | F | 08 | 05 | 02 | 04 | 00 | -- | UMDNJ | MCCRAY, IYIESHA N  883 S 14TH ST. NEWARK NJ 07108  -- |
| B | 02 | 01 | 01 | 05 | 10M | M | 00 | 00 | 01 | 04 | 00 | -- | -- | JACOB, WALTER JARRET  325 E BROAD ST, NANTICOKE PA 18634  -- |
| C | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| D | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

NJTR - 1 (Rev. 01/17)

| | New Jersey Police | | | | | | | | | | Case Number | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Crash Investigation Report** | | | | | | | | | | C20032497 | | | | PAGE __2__ OF __2__ | | |
| | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | Names & Address of Occupants if Deceased, Date & Time of | | |
| E | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| F | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| G | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| H | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| I | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| J | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

**144 Crash Diagram**

Show North by Arrow
(Not to Scale)



**145 Crash Description**

DRIVER OF VEHICLE #1 STATED SHE WAS STOPPED IN TRAFFIC AT THE INTERSECTION OF FABYAN PLACE AND CHANCELLOR AVENUE. WHEN THE DRIVER OF VEHICLE #2 STARTED MAKING THE RIGHT TURN, HE DID NOT MAKE IT WIDE ENOUGH AND SIDESWIPE HER VEHICLE.

DRIVER OF VEHICLE #2 STATED HE WAS STOPPED AT THE RED LIGHT AT THE INTERSECTION OF FABYAN PLACE AND CHANCELLOR AVENUE. WHEN HE WENT TO MAKE A RIGHT TURN, TWO VEHICLE WENT STRAIGHT PASSED HIM. HE WAS CLEARED TO MAKE A RIGHT TURN. HE STATED VEHICLE #1 MUST HAVE THOUGHT HE WAS GOING STRAIGHT AND DID NOT STOP TO LET HIM COMPLETE THE TURN. HE STATED DRIVER OF VEHICLE #1 STRUCK HIS TRUCK ON THE RIGHT SIDE.

EMS RESPONDED TO THE SCENE AND RENDERED AID TO THE DRIVER OF VEHICLE #1. SHE HAD COMPLAIN OF PAIN IN HER LEFT SHOULDER AND HAND. SHE WAS TRANSPORTED TO UMDNJ HOSPITAL TO RECEIVE FURTHER EVALUATION TO HER INJURIES.

**BWC ACTIVATED**

| 146 Officer's Signature | 147 Badge No | 148 Reviewed By | Badge No. | 149 Case Status |
|---|---|---|---|---|
| PO SANTELISES, ALBERT | 10557 | SGT CUETO, JOSEPH | 7959 | ☐ Pending  ☐ Complete |

NJTR - 1 (Rev. 01/17)

Exhibit "C"

# Pain Vein & Aesthetics Mgmt

### 200 Walt Whitman Ave, Unit 1268, Mt Laurel, NJ 08054
### Office 973-558-5353    Fax 973-558-5355

**Date:** 6/30/2021

**Patient's Name:** Iyiesha McCray

**Date of Birth:** 7/8/1977

**Date of Injury:** 8/11/2020

**Chief Complaint:** Patient is here for a 3 week follow-up visit status post lumbar epidural steroid injection and 3weeks conservative therapy. Patient continues to complain of neck pain with radiation, upper/mid back pain but benefiting from decreased low back pain.

**History of Present Illness:** Patient is a 43-year-old female who was involved in a motor vehicle accident on 8/11/2020. Patient was a restrained driver who was who was moving when a truck making a turn collided with her car. Patient's car sustained injury in the front and left side. Emergency personnel arrived and patient was taken to Beth Israel Hospital. Medical management was instituted, x-rays were performed, pain medications were given and patient was subsequently discharged to follow-up with her primary care. Patient was referred to affiliated sports clinic where the patient has been undergoing chiropractic therapy under the care of Dr. Chesney for greater than 8 week(s) of conservative management. Patient had a lumbar epidural steroid injection performed on 3/10/2021 and 4/20/2021 which decreased her pain by 70 % and radicular symptoms by 70-80 %.

Today the patient presents to our office for a 3-week follow-up visit status post third lumbar epidural steroid injection and continued conservative therapy which was performed on 5/26/2021. Patient states that the low back pain has decreased by 90 % and radicular symptoms have decreased by 90%. Patient is better able to perform the activities of daily living with increased efficiency and decreased discomfort including self-care and household chores. Her initial symptoms of increased pain post second injection were transient and now she continues to benefit.

Patient is benefiting from decreased low back pain that has decreased in frequency and currently rates the pain as 1-2 out of 10 on VAS. Pain is mild and described as achy, burning pain with varying levels of sharp pain that are radiating to bilateral hips extending into her left buttock and extending distally to posterior thigh, below the knee down to the toes. The frequency and intensity of radicular symptoms has decreased significantly. Pain is aggravated with rotation, bending at the waist, light lifting, prolonged sitting and standing.

Patient continues to complain of neck pain that is frequent and rates the pain as 8 out of 10 on VAS. Pain is moderate and described as achy, burning pain with varying levels of sharp pain that is radiating to shoulders bilaterally and extending into her left arm forearm and hand. There is numbness and tingling in left left upper extremity with stiffness and muscle weakness. Pain is aggravated with rotation, bending, texting on the phone, holding head in one position, turning head while driving and prolonged sitting.

Re: Iyiesha McCray
Date: 6/30/2021

Patient is also complaining of upper and mid back pain that has decreased in frequency and intensity and currently rates the pain as 4 out of 10 on VAS. The pain is moderate and described as achy, burning pain which is radiating up to the shoulders. Pain is affected by prolonged sitting, standing and bending.

Patient is also complaining of left knee pain which is frequent and rates the pain as 4 out of 10 on VAS. The pain is mild to moderate and described as achy, burning pain with varying levels of sharp pain with prolonged walking, lifting or bending.

Patient has been undergoing conservative management including chiropractic therapy for greater than 8 weeks as well as medications including prescription dose nonsteroidal anti-inflammatory medications atenolol, ibuprofen with minimal decrease in pain but continued radicular symptoms. Since the injection patient's radicular symptoms have decreased.

**Past Medical History**: High blood pressure. Patient stated that she has not had a prior history of motor vehicle accident was asymptomatic prior to the recent accident dated 8/11/2020.

**Past Surgical History**: LESI 3/21, LESI 4/21.

**Review of Systems:** The patient denies any history of seizures, chest pain, shortness of breath, jaw pain, abdominal pain, fevers, night sweats, diarrhea, blood in urine, bowel/bladder incontinence, double vision, hearing loss, recent weight loss, any episodic lightheadedness, and rashes.

**Allergies:** No known drug allergies.

**Medications:** Norvasc, Tylenol, ibuprofen as needed pain.

**Family History:** Unremarkable.

**Social History:**

The patient denies smoking, any illicit drug substance use, or drinking.

**Physical Examination:**

**General Appearance:** The patient is a mentally alert and cooperative 43-year-old female who is in moderate distress due to pain.

**Neurological Examination:** Deep tendon reflexes are 2+ and symmetrical throughout. Muscle strength is decreased in left upper extremity and left lower extremity. Touch, light touch, pinprick and vibratory sensations are diminished in left upper and lower extremities. Cranial nerves II through XII are grossly intact.

**Musculoskeletal Examination:**

**Cervical Spine**: On examination it was noted patient had muscle spasm and tenderness in upper trapezius, sternocleidomastoid, paraspinal bilaterally with painful limitation cervical flexion, extension, lateral bending, and rotation which intensified pain at the end

Re: Iyiesha McCray
Date: 6/30/2021

ranges of motion. Tenderness was noted over the spinous processes and axial
compression cause increased pain in the neck referred to the left. No change in
examination.

**Thoracic Spine**: There was muscle spasm and tenderness noted in the right and left
upper middle and lower thoracic paraspinals and interscapular muscles.

**Lumbar Spine**: There was mild tenderness noted along the lumbar paraspinals with
painful limitations in lumbar flexion, extension, lateral bending and rotation. Kemps test
was positive bilaterally. No change in examination.

**Extremity**: On examination of the left knee it was noted patient had tenderness and mild
swelling on the medial, anterior and lateral side of the left knee. There was painful active
range of motion in the left knee. The patient was unable to squat or kneel due to pain and
muscle strength was decreased in the left knee as compared to the right. Range of motion
was normal in both flexion and extension with pain elicited at the extreme ends of
motion.

**Diagnostic Studies:** MRI of the cervical spine indicated C2-3 shallow 1.5 mm central
herniated disc indenting the ventral thecal sac. C3-4 annular tear with focal central
herniated disc impinging on the cord with ventral cord flattening and moderate canal
stenosis. AP dimension of the canal is approximately 6 mm. C4-5 annular tear with
broad-based herniated disc. Superimposed bulging and spurring are present. There is
severe bilateral foraminal stenosis. There is moderate canal stenosis. AP dimension of
the canal 6.5 mm. Bilateral hypertrophic facet disease and uncovertebral joint
hypertrophy contribute. C5-6 broad-based herniated disc. Superimposed bulge. Mild to
moderate bilateral foraminal stenosis. Mild canal stenosis. Bilateral hypertrophic facet
disease and uncovertebral joint hypertrophy contribute. C6-7 annular tear with broad-
based herniated disc impinging on the cord. Superimposed bulging and spurring are
present. Moderate to severe bilateral foraminal stenosis. Mild to moderate canal
stenosis. Bilateral hypertrophic facet disease and uncovertebral joint hypertrophy
contribute. MRI of the lumbar spine indicated L4-5 2 mm bulge indenting the ventral
thecal sac. L5-S1 annular tear with broad-based herniation indenting the ventral thecal
sac. Superimposed bulge is seen. Both foramina are mildly narrowed. Bilateral
hypertrophic facet disease is seen. The images were interpreted by Michael Yuz, MD.

EMG of the upper extremities revealed bilateral C5-6 radiculopathies.

EMG of the lower extremities revealed bilateral L4-5 radiculopathies.

**Diagnoses:**

1. Cervical disc with radiculopathy M 50.11, M 50.121, M 50.122, M 50.123
2. Cervical sprain/strain S 13.4 XXD
3. Thoracic sprain/strain S 23.3 XXD
4. Lumbar disc with radiculopathy M 51.16
5. Lumbosacral radiculopathy with disc M 51.17
6. Lumbar sprain/strain S 33.5 XXD
7. Low back pain M 54.5

Re: Iyiesha McCray
Date: 6/30/2021

8. Low back spasms M 62.830
9. Left knee sprain S 83.92XA
10. Left knee joint pain (M25.562)

**Assessment:** Patient is a 43-year-old female who was involved in motor vehicle accident on 8/11/2020. Patient is status post LESI #3 and is benefiting from the procedure with decreased pain and radiculopathy as quantified above. Currently the patient is suffering from cervical pain with radiculopathy, left knee sprain/strain but benefiting from further decreases in lumbar pain with radiculopathy. MRI of the cervical region and lumbar region indicates multilevel cervical and lumbar disc pathology further supporting the clinical manifestations as experienced by the patient. EMG of the upper and lower extremities further supports the clinical manifestations as experienced by the patient. Have discussed the risks and benefits of conservative pain therapy with the patient. All questions from the patient were answered and patient is willing to undergo conservative pain therapy to help alleviate the pain.

**Plan:**

1. We will continue with conservative management including therapy and medications.
2. Continue chiropractic therapy as scheduled as it is helping patient.
3. Recommended that patient perform physical therapy like exercises at home to decrease pain, increase range of motion and increase flexibility.
4. Continue medications Tylenol, ibuprofen 200 to 400 mg PRN for pain and tramadol 50 mg as needed pain.
5. Have advised patient that if pain intensity and or frequency increases to contact the office for additional pain management consultation.
6. We will discharge patient from pain management service.

**Care:**

Avoid any heavy lifting, carrying, excessive bending, and prolonged sitting and standing.

**Goals:**

To increase range of motion, strength, flexibility, to decrease pain and to improve body biomechanics and activities of daily living.

**Precautions:**

Universal.

**Patient Education:**

Provided via physician and online website references.


Thank you for allowing me to participate in this patient's care.


Asim Khan, M.D.
Anesthesiologist and Pain Management Specialist, Board Certified.

Re:  Iyiesha McCray
Date: 6/30/2021

Electronically Signed.
Dictated but not proofread.

Exhibit "D"

## Pain Vein & Aesthetics Mgmt

200 Walt Whitman Ave, Unit 1268, Mt Laurel New Jersey 08054
Tel:  (973) 558 5353     Fax: (973) 558-5355

### PROCEDURE REPORT

| | |
|---|---|
| **Patient's Name:** | Iyiesha McCray |
| **Date of Birth:** | 7/8/1977 |
| **Date of Surgery:** | 4/28/2021 |
| **Chart #:** | N/A |
| **Anesthesiologist:** | None |
| **Anesthesia:** | Local |

**PREOPERATIVE DIAGNOSIS:**   Lumbar disc with Radiculopathy-M51.16.
Lumbo-Sacral radiculopathy with Disc - M51.17.

**POSTOPERATIVE DIAGNOSIS:** Lumbar disc with Radiculopathy-M51.16.
Lumbo-Sacral radiculopathy with Disc - M51.17.

**OPERATIVE PROCEDURE:**   Lumbar Epidurogram-72275.

**SURGEON:**   Asim Khan, M.D.

**DESCRIPTION OF PROCEDURE:**
According to a study performed by Blake A. Johnson, et. al. and published by the
American Journal of Neuroradiology an Epidurogram in conjunction with epidural
steroid injection provides for safe and accurate therapeutic injections and is associated
with an exceedingly low frequency of untoward sequelae. It is especially useful for
providing confirmation of accurate needle placement within the epidural space.

Epidurogram was done in the AP and lateral projections. The Epidurogram was
performed at the L5 – S1 interlaminar space. Under continuous fluoroscopy, 2 cc's of
radiopaque dye were injected revealing medial spread of the contrast. The contrast
spread cranially approximately one-two levels. The contrast spread caudally
approximately one-two levels. There was no significant displacement, adhesion and
fibrosis. There was no evidence of spinal stenosis.

Asim Khan, M.D
ELECRONICALLY SUBMITTED
DICTATED BUT NOT PROOF READ

Exhibit "E"

Affiliated Sports Clinic
**Patient Ledger**
Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|---|---|---|---|---|---|---|---|---|
| MCCLY000 | Tykesha McCray | | (973)732-3312 | | | | | |
| | Last Payment: | -274.03 | On: 5/20/2021 | | | | | |
| 265 | 4/6/2021 | 11 | | 15 | 97110 | 210404000 | RB | 75.00 |
| 266 | 4/6/2021 | 11 | | 15 | 97140 | 210404000 | RB | 75.00 |
| 267 | 4/6/2021 | 11 | | 15 | G0283 | 210404000 | RB | 50.00 |
| 268 | 4/6/2021 | 11 | | 15 | 97164 | 210404000 | RB | 140.00 |
| 269 | 4/8/2021 | 11 | | 15 | 97110 | 210414000 | RB | 75.00 |
| 270 | 4/8/2021 | 11 | | 15 | 97140 | 210414000 | RB | 75.00 |
| 271 | 4/8/2021 | 11 | | 15 | G0283 | 210414000 | RB | 50.00 |
| 877 | 4/21/2021 | 11 | | 15 | 97110 | 210429000 | RB | 75.00 |
| 878 | 4/21/2021 | 11 | | 15 | 97140 | 210429000 | RB | 75.00 |
| 879 | 4/21/2021 | 11 | | 15 | G0283 | 210429000 | RB | 50.00 |
| 880 | 4/22/2021 | 11 | | 15 | 97110 | 210429000 | RB | 75.00 |
| 881 | 4/22/2021 | 11 | | 15 | 97140 | 210429000 | RB | 75.00 |
| 882 | 4/22/2021 | 11 | | 15 | G0283 | 210429000 | RB | 50.00 |
| 2488 | 5/12/2021 | 15 | DOS 4/21-4/22/21 pt $0.00 | 15 | PIPPYMT | 210512000 | RB | -210.00 |
| 2489 | 5/12/2021 | 11 | Nf Fee Schedule reduction | 15 | PIPADJ | 210512000 | RB | -190.00 |
| 2554 | 5/20/2021 | 11 | DOS 4/6-4/8/21 pt $0.00 | 15 | PIPPYMT | 210520000 | RB | -274.03 |
| 2555 | 5/20/2021 | 11 | Nf Fee Schedule reduction | 15 | PIPADJ | 210520000 | RB | -265.97 |
| 2650 | 5/18/2021 | 11 | | 15 | 97110 | 210526000 | RB | 75.00 |
| 2651 | 5/18/2021 | 11 | | 15 | 97140 | 210526000 | RB | 75.00 |
| 2653 | 5/18/2021 | 11 | | 15 | 97164 | 210526000 | RB | 150.00 |
| 2654 | 5/19/2021 | 11 | | 15 | 97110 | 210526000 | RB | 75.00 |
| 2655 | 5/19/2021 | 11 | | 15 | 97140 | 210526000 | RB | 75.00 |
| 2656 | 5/19/2021 | 11 | | 15 | G0283 | 210526000 | RB | 50.00 |
| 3244 | 5/26/2021 | 11 | | 15 | 97110 | 210531000 | RB | 75.00 |
| 3245 | 5/26/2021 | 11 | | 15 | 97140 | 210531000 | RB | 75.00 |
| 3246 | 5/26/2021 | 11 | | 15 | G0283 | 210531000 | RB | 50.00 |
| 4153 | 6/9/2021 | 11 | | 15 | 97110 | 210616000 | RB | 75.00 |
| 4154 | 6/9/2021 | 11 | | 15 | 97140 | 210616000 | RB | 75.00 |
| 4155 | 6/9/2021 | 11 | | 15 | G0283 | 210616000 | RB | 50.00 |
| 4578 | 6/15/2021 | 11 | | 15 | 97110 | 210629000 | RB | 75.00 |
| 4579 | 6/15/2021 | 11 | | 15 | 97140 | 210629000 | RB | 75.00 |
| 4580 | 6/15/2021 | 11 | | 15 | G0283 | 210629000 | RB | 50.00 |
| 4581 | 6/15/2021 | 11 | | 15 | 97164 | 210629000 | RB | 150.00 |
| 4582 | 6/17/2021 | 11 | | 15 | 97110 | 210629000 | RB | 75.00 |
| 4583 | 6/17/2021 | 11 | | 15 | 97140 | 210629000 | RB | 75.00 |
| 4584 | 6/17/2021 | 11 | | 15 | G0283 | 210629000 | RB | 50.00 |
| 5377 | 6/23/2021 | 11 | | 15 | 97110 | 210708000 | RB | 75.00 |
| 5378 | 6/23/2021 | 11 | | 15 | 97140 | 210708000 | RB | 75.00 |
| 5379 | 6/23/2021 | 11 | | 15 | G0283 | 210708000 | RB | 50.00 |
| 5437 | 6/30/2021 | 11 | | 15 | 97110 | 210712000 | RB | 75.00 |
| 5438 | 6/30/2021 | 11 | | 15 | 97140 | 210712000 | RB | 75.00 |
| 5439 | 6/30/2021 | 11 | | 15 | G0283 | 210712000 | RB | 50.00 |
| 5948 | 7/13/2021 | 11 | DOS 5/26/21 see note | 15 | DENIAL | 210713000 | RB | 0.00 |
| 6037 | 7/8/2021 | 11 | | 15 | 97110 | 210715000 | RB | 75.00 |
| 6038 | 7/8/2021 | 11 | | 15 | 97140 | 210715000 | RB | 75.00 |

Printed on 11/3/2021 11:29:43 AM                                                      Page 1

11/03/2021   14:20 LANE FERDINAND                          (FAX)973 4673876              P.006/148

Affiliated Sports Clinic
**Patient Ledger**
Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|-------|------|-----|-------------|------|-----------|----------|----------|--------|
| 6019 | 7/8/2021 | 11 | | 15 | 00289 | 2107130000 | RB | 50.00 |
| 6453 | 7/14/2021 | 11 | | 15 | 97110 | 2107230000 | RB | 75.00 |
| 6454 | 7/14/2021 | 11 | | 15 | 97140 | 2107230000 | RB | 75.00 |
| 6455 | 7/14/2021 | 11 | | 15 | 00283 | 2107230000 | RB | 50.00 |
| 7380 | 7/30/2021 | 11 | DOS 5/18–6/17/21 see note | 15 | DENIAL | 2107300000 | RB | 0.00 |
| 8391 | 8/11/2021 | 11 | DOS 6/23–6/30/21 see note | 15 | DENIAL | 2108110000 | RB | 0.00 |
| 9749 | 9/2/2021 | 11 | DOS 7/8–7/14/21 see note | 15 | DENIAL | 2109020000 | RB | 0.00 |
| | | | | | | | Patient Total | $2,250.00 |

Exhibit "F"

Pain Vein & Aesthetics Mgt LLC
## Patient Ledger
Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|---|---|---|---|---|---|---|---|---|
| MOOLY000 | Iyiesha McCray | | | (973)732-3312 | | | | |
| | Last Payment: -125.71 | | | On: 8/23/2021 | | | | |
| 27 | 1/27/2021 | 11 | | 15 | 95886 | 2101060000 | AK | 3200.00 |
| 28 | 1/27/2021 | 11 | | 15 | 95913 | 2101060000 | AK | 4000.00 |
| 186 | 3/10/2021 | 11 | | 15 | 62323 | 2103180000 | AK | 3000.00 |
| 187 | 3/10/2021 | 11 | | 15 | Q9966 | 2103180000 | AK | 18.60 |
| 188 | 3/10/2021 | 11 | | 15 | J1030 | 2103180000 | AK | 35.00 |
| 189 | 3/10/2021 | 11 | | 15 | S0020 | 2103180000 | AK | 7.00 |
| 190 | 3/10/2021 | 11 | | 15 | A4550 | 2103180000 | AK | 30.00 |
| 191 | 3/10/2021 | 11 | | 15 | 72275 | 2103180000 | AK | 2300.00 |
| 252 | 3/24/2021 | 11 | | 15 | 99214 | 2103240000 | AK | 450.00 |
| 524 | 4/23/2021 | 11 | DOS 1/27/21 Pt $0.00 | 15 | PIPPYMT | 2104220000 | AK | -3514.04 |
| 525 | 4/23/2021 | 11 | NF PIP fee sch reduction | 15 | PIPADJ | 2104220000 | AK | -3985.96 |
| 609 | 4/28/2021 | 11 | | 15 | 62323 | 2104280000 | AK | 3000.00 |
| 610 | 4/28/2021 | 11 | | 15 | Q9966 | 2104280000 | AK | 18.60 |
| 611 | 4/28/2021 | 11 | | 15 | J0702 | 2104280000 | AK | 60.00 |
| 612 | 4/28/2021 | 11 | | 15 | S0020 | 2104280000 | AK | 7.00 |
| 613 | 4/28/2021 | 11 | | 15 | A4550 | 2104280000 | AK | 30.00 |
| 614 | 4/28/2021 | 11 | | 15 | 72275 | 2104280000 | AK | 2300.00 |
| 681 | 4/30/2021 | 11 | DOS 3/10/21 Pt $0.00 | 15 | PIPPYMT | 2104300000 | AK | -1177.38 |
| 718 | 4/30/2021 | 11 | 30% penalty | 15 | PIPPENALTY | 2105090000 | AK | -286.40 |
| 719 | 4/30/2021 | 11 | NF PIP fee sch reduction | 15 | PIPADJ | 2105090000 | AK | -3661.62 |
| 720 | 4/30/2021 | 11 | DOS 3/10/21 | 15 | DENIAL | 2105090000 | AK | 0.00 |
| 746 | 5/5/2021 | 11 | | 15 | 99214 | 2105050000 | AK | 450.00 |
| 833 | 5/12/2021 | 11 | | 15 | 99214 | 2105120000 | AK | 450.00 |
| 870 | 5/14/2021 | 11 | DOS 3/24/21 Pt $0.00 | 15 | PIPPYMT | 2105140000 | AK | -125.71 |
| 871 | 5/14/2021 | 11 | NF PIP fee sch reduction | 15 | PIPADJ | 2105140000 | AK | -324.29 |
| 1050 | 5/26/2021 | 11 | | 15 | 62323 | 2105260000 | AK | 3000.00 |
| 1051 | 5/26/2021 | 11 | | 15 | Q9966 | 2105260000 | AK | 18.60 |
| 1052 | 5/26/2021 | 11 | | 15 | J1030 | 2105260000 | AK | 35.00 |
| 1053 | 5/26/2021 | 11 | | 15 | S0020 | 2105260000 | AK | 7.00 |
| 1054 | 5/26/2021 | 11 | | 15 | A4550 | 2105260000 | AK | 30.00 |
| 1055 | 5/26/2021 | 11 | | 15 | 72275 | 2105260000 | AK | 2300.00 |
| 1092 | 5/28/2021 | 11 | DOS 3/10/21 - 4/28/21 | 15 | DENIAL | 2105280000 | AK | 0.00 |
| 1217 | 6/9/2021 | 11 | | 15 | 99214 | 2106090000 | AK | 450.00 |
| 1448 | 6/30/2021 | 11 | | 15 | 99214 | 2106300000 | AK | 450.00 |
| 1504 | 6/26/2021 | 11 | DOS 5/5/21 - 5/13/21 Pt $0.00 | 15 | PIPPYMT | 2106260000 | AK | -251.42 |
| 1505 | 6/26/2021 | 11 | NF PIP fee sch reduction | 15 | PIPADJ | 2106260000 | AK | -648.58 |
| 1723 | 7/15/2021 | 11 | DOS 5/26/21 | 15 | DENIAL | 2107150000 | AK | 0.00 |
| 1943 | 8/5/2021 | 11 | DOS 6/9/21 Pt $0.00 | 15 | PIPPYMT | 2108080000 | AK | -125.71 |
| 1944 | 8/5/2021 | 11 | NF PIP fee sch reduction | 15 | PIPADJ | 2108080000 | AK | -324.29 |
| 2233 | 8/23/2021 | 11 | DOS 6/30/21 Pt $0.00 | 15 | PIPPYMT | 2108220000 | AK | -125.71 |
| 2234 | 8/23/2021 | 11 | NF PIP fee sch reduction | 15 | PIPADJ | 2108220000 | AK | -324.29 |
| | | | | | | | Patient Total | $10,471.20 |

Printed on 11/3/2021 11:30:31 AM

# Exhibit "G"

11/03/2021   14:20 LANE FERDINAND                                    (FAX)973 4673876                    P.008/148

Fax Server            10/22/2020 3:26:54 PM  PAGE   8/008   Fax Server

EQUIAN                                   FEDERAL TAX ID: 27-0083277
                                         TELEPHONE NUMBER: (888) 893-4886
                                         PAGE 1 OF 1
                        **CONSOLIDATED STATEMENT OF CHARGES**

| PATIENT'S NAME: | IYIESHA MCCRAY |
|---|---|
| MEDICAL GROUP: | NEWK BETH ISRAEL ED MD ASS,LLC |
| DATE OF INJURY: | 8/11/2020 |
| SERVICE PERIOD: | 8/11/2020-8/11/2020 |
| EVENT NUMBER: | PMR 8411275-8410601 |

**Instructions:**

- Write the patient's name, IYIESHA MCCRAY, and event number, PMR 8411275-8410601, on the check.

| Treatment Facility | Diagnosis Code | Claim Number | |
|---|---|---|---|
| Date of Service | Procedure Code | Procedure Description | Charges |
| NEWARK BETH ISRAEL | M25.512 PAIN IN LEFT S | 461943 | |
| 8/11/2020 | 99283 | EMERGENCY DEPT V | $683.00 |
| | M25.512 PAIN IN LEFT S | 461948 | |
| 8/11/2020 | 73030 | X-RAY EXAM SHOUL | $68.00 |
| **Total Charges** $751.00 | **Amount Received** $0.00 | **Balance Due** $751.00 | |